**Carl R. Neil**, OSB #580653
Email: cneil@lindsayhart.com
LINDSAY, HART, NEIL & WEIGLER, LLP
1300 SW Fifth Avenue, Suite 3400
Portland, Oregon 97201-5640
Phone: 503-226-7677
Fax: 503-226-7697

    Attorneys for Hyundai Motor America, Cargo Owner

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **OS SHIPPING CO. LTD.,**<br><br>    Plaintiff,<br><br>v.<br><br>**GLOBAL MARITIME TRUST(S) PRIVATE LIMITED, and JS LINE SA,**<br><br>    Defendants. | Case No. 3:11-CV-377-BR<br><br>**DECLARATION OF STEPHAN KRESGE IN SUPPORT OF MOTION OF HYUNDAI MOTOR AMERICA** |

I, Stephan Kresge, declare as follows:

1. I am employed by Wilhelmsen Ships Service, which is the Portland agent for Glovis Co., Ltd., which operates ships carrying Hyundai Motor America vehicles, in arranging for discharge of motor vehicles from vessels at the Hyundai Dock at Terminal 6, Berth 601, on the Columbia River in Portland, Oregon. My position is Port Captain for Wilhelmsen Ships Service.

2. I make this Declaration in Support of Motion of Hyundai Motor America for Order Authorizing Discharge of Cargo From Attached Vessel and Movement of Vessel After Discharge to Another Location.

3. The factual statements set forth in that Motion are true, to the best of my knowledge and belief.

/ / /

/ / /

I hereby declare that the above statements are true to the best of my knowledge and belief, and I understand that this Declaration and the statements in it are made for use as evidence in court and that I am subject to penalties for perjury.

Dated this ___ day of March, 2011.

LINDSAY, HART, NEIL & WEIGLER, LLP

_____
Stephan Kresge

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DECLARATION OF STEPHAN KRESGE IN SUPPORT OF MOTION OF HYUNDAI MOTOR AMERICA** on the following counsel for a party or parties:

Robert I. Sanders
Wood Tatum
Attorneys at Law
6915 SW Macadam Avenue, Suite 115
Portland, OR 97219
Email: ris@woodtatum.com
**Attorneys for Plaintiff OS Shipping Co. Ltd.**

C. Kent Roberts
Schwabe Williamson & Wyatt
Attorneys at Law
1211 SW 5th Avenue, Ste. 1900
Portland, OR 97204
Email: ckroberts@schwabe.com
**Prospective Attorneys for Defendants**

U.S. Marshal
1000 SW 3rd, Suite 401
Portland, OR 97204
c/o Lisa Nickel
Email: lisa.nickel@usdoj.gov

By CM/ECF a true and correct copy hereof to said counsel on the date below.

DATED this 29th day of March, 2011.

By: _____
Carl R. Neil, OSB No. 580653
cneil@lindsayhart.com
Of Attorneys for Hyundai Motor America

**CERTIFICATE OF SERVICE**

LINDSAY, HART, NEIL & WEIGLER, LLP
1300 SW FIFTH AVENUE, SUITE 3400
PORTLAND, OREGON 97201-5640
PHONE: 503-226-7677 FAX: 503-226-7697