**Robert I. Sanders, OSB 70125**
Email: ris@woodtatum.com
**Todd A. Zilbert, OSB 89144**
Email: taz@woodtatum.com
**Wood Tatum**
6915 SW Macadam Avenue, Suite 115
Portland, Oregon 97219
Tel: (503) 224-5430
Fax: (503) 241-7235

**George M. Chalos (admitted pro hac vice)**
Email: gmc@chaloslaw.com
**Chalos & Co, P.C.**
123 South Street
Oyster Bay, New York 11771
Telephone:  (516) 714-4300
Facsimile:  (516) 750-9051

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **OS SHIPPING CO. LTD., and ASSURANCEFORENIGEN SKULD (GJENSIDIG), on its behalf and as subrogee of OS SHIPPING CO. LTD.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GLOBAL MARITIME TRUST(S) PRIVATE LIMITED, JS LINE SA, and HONG JAE HYUNG a/k/a JAY H. HONG**<br><br>Defendants. | Case No. Case No. 3:11-cv-377-BR<br><br>**IN ADMIRALTY**<br><br>**DECLARATION OF GEORGE M. CHALOS IN SUPPORT OF PLAINTIFF'S MOTION TO APPROVE CERTAIN FEES AS CUSTODIA LEGIS EXPENSES** |

I, GEORGE M. CHALOS, an attorney at law, declare under penalty of perjury of the laws of

the United States of America as follows:

**PAGE - 1      DECLARATION OF GEORGE M. CHALOS**

1.     I am an attorney admitted to practice *pro hac vice* before this Honorable Court and am counsel for Plaintiff ASSURANCEFORENIGEN SKULD (GJENSIDIG) (hereinafter "SKULD" or "Plaintiff").  I am the principal of CHALOS & CO, P.C., and am a member in good standing of the bars of every Court to which I am admitted.

2.     I submit this Declaration based on facts and information known to me personally, as well as documents and information provided to me by my clients and their representatives, all of which I believe to be true and accurate.

3.     This Declaration is submitted in support of Plaintiff's Motion to Approve Certain Fees As Custodia Legis Expenses.

4.     As referenced in the Memorandum of Law, true and complete copies of the invoices provided in connection with the necessary services provided to the vessel during its attachment, are attached hereto as Exhibit 1.

5.     These invoices include the following custodial services which have been provided to the M/V GMT VENUS through May 12, 2011: Columbia River Pilots (USD 1402.67); Shaver Transportation – Tug (USD 9,165.26); Port of Portland – Dockage & Security T-6 (USD 11,876.00); Port of Portland – Dockage & Security T-4 (USD 81,055.00); Portland Lines Bureau (USD 2,208.00).  The total amount of *custodia legis* expenses incurred through May 12, 2011 is **USD 105,706.93**.

6.     I declare under penalty of perjury of the laws of the United States of America and the State of Oregon that the foregoing is true and correct.

**PAGE - 2**     **DECLARATION OF GEORGE M. CHALOS**

CHALOS & CO, P.C.
123 South Street
Oyster Bay, New York 11771
Telephone:  (516) 714-4300

1    DATED this 12th day of May, 2011

2                                    CHALOS & CO, P.C.

3

4                                    /s/ George M. Chalos

5                                    George M. Chalos (*admitted pro hac vice*)
                                     123 South Street
                                     Oyster Bay, New York 11771
6                                    Telephone: (516) 714-4300

7                                    Fax: (516) 750-9051
                                     E-mail: gmc@chaloslaw.com
8                                    Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**PAGE - 3       DECLARATION OF GEORGE M. CHALOS**                CHALOS & CO, P.C.
                                                                 123 South Street
                                                                 Oyster Bay, New York 11771
                                                                 Telephone:  (516) 714-4300

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served the foregoing **DECLARATION OF GEORGE M. CHALOS**

on the following parties:

C. Kent Roberts
Noah Jarrett
Catherine Brinkman
SCHWABE, WILLIAMSON & WYATT, PC
1211 Southwest Fifth Avenue
Suites 1600-1900
Portland, OR 97204
Email: njarrett@schwabe.com
        cbrinkman@schwabe.com
        ckroberts@schwabe.com

Owen F. Duffy
Email: ofduffy@gmail.com
**Attorneys for Defendant JSL SA**

Carl R. Neil
LINDSAY HART NEIL & WEIGLER
1300 SW Fifth Avenue, Suite 3400
Portland, OR 97201-5640
Email: cneil@lindsayhart.com
**Attorneys for Cargo Owner Hyundai Motor America Corporation**

by CM/ECF a true and correct copy hereof to said parties on the date below:

DATED this 12th day of May, 2011.

                                        CHALOS & CO, P.C.


                                        /s/ George M. Chalos
                                        George M. Chalos (*admitted pro hac vice*)
                                        123 South Street
                                        Oyster Bay, New York 11771
                                        Telephone: (516) 714-4300
                                        Fax: (516) 750-9051
                                        E-mail: gmc@chaloslaw.com
                                        *Attorney for Plaintiffs*



**PAGE - 4    CERTIFICATE OF SERVICE**