**Jay W. Beattie, OSB # 871631**
Email: jbeattie@lindsayhart.com
LINDSAY, HART, NEIL & WEIGLER, LLP
1300 SW Fifth Avenue, Suite 3400
Portland, Oregon 97201-5640
Phone: 503-226-7677
Fax: 503-226-7697
  Attorneys for Wilhelmsen Ships Service

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OS SHIPPING CO. LTD. and ASSURANCEFORENIGEN SKULD (GJENSIDIG), on its own behalf and as subrogee of OSS SHIPPING CO., LTD., <br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL MARITIME TRUST(S) PRIVATE LIMITED; JS LINE SA; and HONG JAE HYUNG, aka JAY H. JONG,<br><br>Defendants. | Case No. 3:11-CV-377-BR<br><br>In Admiralty<br><br>**ORDER GRANTING L.R. 1035-5 CLAIM BY CLAIMANT WILHELMSEN SHIPS SERVICE** |

On June 8, 2011, this matter came before the court on claimant Wilhelmsen Ships Service's ("Wilhelmsen") LR 1035-5 claim for payment of charges for goods or services provided to the M/V GMT VENUS while in the custody of the court ("custodia legis"). Wilhelmsen appeared by and through its attorney, Jay W. Beattie of Lindsay, Hart, Neil & Weigler. Plaintiffs OS Shipping Co. Ltd. and Assuranceforenigen Skuld (Gjensidig) ("SKULD") appeared by and through its attorneys Robert I. Sanders of Wood Tatum and George M. Chalos of Chalos & Co., P.C. Defendant JS Line SA appeared by and through its attorneys C. Kent Roberts of Schwabe Williamson & Wyatt, P.C. and Owen F. Duffy.

Having considered Wilhelmsen's claim and arguments of counsel, IT IS HEREBY ORDERED that Wilhelmsen's LR 1035-5 claim for payment of custodial legis expenses is GRANTED. Payment shall be made as follows:

1. Plaintiffs shall make prompt payment to Wilhelmsen Ships Service in the amount of $263,690.86 representing charges for:

| | |
|---|---|
| Wilhelmsen agency services | $ 4,380.00 |
| One-half of ship security service (Executive Security Services, Inc.) | 89,280.00 |
| Dockage from March 28, 2011 through June 13, 2011 (Port of Portland) | 157,254.93 |
| Lines Services (Portland Lines Bureau, Inc.) | 2,208.00 |
| Pilots (Columbia River Pilots) | 1,402.67 |
| Towing (Shaver Transportation Company) | 9,165.26 |
| Total | $263,690.86 |

2. JS Lines shall make prompt payment to Wilhelmsen in the amount of $89,280.00 as one-half ship security service (Executive Security Services, Inc.).

3. Wilhelmsen agrees to act as paying agent and to make payment to the vendors in the amounts listed above.

4. The court further orders that plaintiffs shall make direct payment to the Port of Portland for dock charges and any other charge imposed by the Port after June 13, 2011.

Dated this 14th day of June, 2011.

_____
Judge Anna J. Brown
United States District Judge.